

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00067-CV

**ONCOR ELECTRIC DELIVERY COMPANY LLC**,
Appellant

v.

James Milton **SCHUNKE**,
Appellee

From the 35th Judicial District Court, Mills County, Texas
Trial Court No. 11-04-6278
Honorable Stephen Ellis, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is REVERSED, and this case is REMANDED to the trial court for further proceedings. It is ORDERED that Appellant Oncor Electric Delivery Company LLC recover its costs of this appeal from Appellee James Milton Schunke.

SIGNED December 18, 2013.

_Karen Angelini_
Karen Angelini, Justice